FILED
2012 Aug-07 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. |
| ) | |
| TOMMY SCOTT PRUITT ) | |

## INFORMATION

**COUNT ONE:** [18 U.S.C. § 2252A(a)(5)(B)]

The United States Attorney charges that:

On or about the 20th day of June, 2011, in Madison and Marshall counties, within the Northern District of Alabama, the defendant,

**TOMMY SCOTT PRUITT,**

did knowingly possess and access with intent to view material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using a means and facility of interstate and foreign commerce, to wit: the internet and a cellular telephone, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18,

United States Code, Section 2252A(a)(5)(B).

JOYCE WHITE VANCE
United States Attorney

*Mary Stuart Burrell*

MARY STUART BURRELL
Assistant United States Attorney