FILED
2012 Aug-07  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CASE NO. |
| | ) | |
| **TOMMY SCOTT PRUITT** | ) | |

## PLEA AGREEMENT

The Government and defendant hereby acknowledge the following plea agreement in this case:

## PLEA

The defendant agrees to plead guilty to **COUNT ONE** of the Information filed in the above numbered and captioned matter and consent to an order of forfeiture. In exchange, the United States Attorney, acting on behalf of the Government and through the undersigned Assistant United States Attorney, agrees to recommend the disposition specified below, subject to the conditions in paragraphs **VII** and **VIII**.

## TERMS OF THE AGREEMENT

## I. MAXIMUM PUNISHMENT

The defendant understands that the maximum statutory punishment that may

be imposed for the crime of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), as charged in COUNT ONE, is:

      a.      Imprisonment for not more than 10 years;

      b.      A fine of not more than $250,000, or,

      c.      Both (a and b);

      d.      Supervised release of not less than 5 years; and

      e.      Special Assessment Fee of $100 per count.

## II. FACTUAL BASIS FOR PLEA

The Government is prepared to prove, at a minimum, the following facts at the trial of this case:

On June 10, 2011, Special Agent Dave Stewart of the United States Secret Service and Special Agent Larry Crocker of the Alabama Bureau of Investigation began an investigation into the activities of an individual from Madison, Alabama, who was suspected of being involved in the attempted enticement (text messages) of a sixteen year old girl, hereafter referred to as M.P., from the Arab, Alabama, area.

On June 16, 2011, SA Stewart met with A.D., the mother of M.P., at the Arab City Pool, Arab, Alabama.  According to A.D., in February 2011, she purchased computer software (Mobile-Spy) to monitor the incoming and outgoing text messages of her sixteen year old daughter M.P.'s cell phone.  A.D. revealed she installed the software on the phone of M.P. without notifying M.P. in an attempt to monitor her activities "more closely."  A.D. revealed she did not receive instruction or guidance from any law enforcement officer prior to or during this initiative.

A.D. revealed she became increasingly concerned with M.P.'s activities after M.P. agreed to provide transportation for her female juvenile friend, identified as

T.R., to and from Eagle Rehabilitation – Physical Therapy located at 1412 North Brindlee Mountain Parkway, Arab, Alabama.  During this time, A.D. began to monitor the incoming and outgoing text messages of M.P. with more frequency and greater scrutiny.

A.D. revealed she received a text message from M.P. on June 1, 2011, indicating she (M.P.) was taking T.R. to physical therapy at Eagle Rehabilitation. With the aid of the previously mentioned Mobile-Spy software, A.D. decided to review the incoming and outgoing text messages of M.P. and discovered numerous sexually suggestive messages to and from a number she did not recognize (256-468-2949) that occurred during the period of time when M.P. purported to be at Eagle Rehabilitation.

After reviewing numerous exchanges of sexually suggestive and explicit text messages to and from 256-468-2949, A.D. observed a text message from M.P. that contained, in part, the phrase "bye Scott."  At this point, A.D. opined M.P. was improperly communicating with, being enticed by, and possibly engaging in sexual intercourse with Scott Pruitt, the individual she knew to be the owner of Eagle Rehabilitation in Arab, Alabama.

A.D. provided SA Stewart consent to access the aforementioned Mobile Spy software account (www.mobile-spy.com) by providing her online user name and password.   A.D. also provided SA Stewart a photocopy of the text messages that she had discovered.

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on May 31, 2011, beginning at approximately 14:33:58:

> MP:      Make sure u tell me when ur on ur way home so I  don't text u something and ur wife see.
>
> 2949:    Will do.  Miss me yet?
>
> MP:      Yess I do!  : I wish u would have kisses me!
>
> 2949:    Me too.

2949:    Yep.  It sux ur leaving town for so long.

MP:    I know.  I'm gonna miss you!  But when I get back I'm gonna come see u!

2949:    U better.

MP:    I promise I will!  And I get to come tomorrow☺

2949:    Good.  U could come back by later today.:)

MP:    What time?

2949:    5

MP:    Yess I will be. ☺)))))

MP:    will u still have paciants and ur assistant and stacy

2949:    Stacey and Kayla are gone.  Was supposed to have a patient if he shows up.

MP:    So do u still want me to come at 5?

2949:    Yes. U can come now if u want.

2949:    Did I mention u have a really hot ass?

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on June 1, 2011, beginning at approximately 10:42:46:

MP:    I know…..: you look sexy today.:)

2949:    wanna run away. ☺

MP:    Yesss I do!  Let's go!

2949:       Haha that would be fun

MP:         yes indees it would.

2949:       Holy Shit nice panties!

MP:         How did u see them lol there hidding.

2949:       I'm very observant

MP:         I can see that.  Dang I wish we were alone. ☺

2949:       Me too!!!!

MP:         Haha.  That guy is crazzy! ☺

MP:         U still have me thinking.

2949:       Ur not kidding

2949:       About what?

MP:         You.  What else.

2949:       Haha, thought u were thinking bout my tongue

MP:         Oh baby.  That too!

MP:         Your the best at it no.  No lie.

MP:         Too*

2949:       Glad u think so.  I enjoyed it.  Wanna do it again

MP:         Of course! ;)

MP:         Let's run away!

MP:      I don't wanna leave.  I want you!

2949:     Same here

MP:      when I get back………..:)

MP:      My ass misses u already.

MP:      I don't wanna!  I'm already crying.  :/this is gonna be a long summer.

2949:     U better stay in touch

MP:      I promise promise I won't.  After yesterday how could I ever forget you!  Ohh by the way it was AMAZING!!!!!!!

MP:      Make sure when I come to theropy once a week with you that u scedual me for 5. ☺

2949:     ☺

MP:      Hahaahah hey its tess I gotta tell you something funny last night when we got back too my house I was on the phone with reuben and I was talking bout food

2949:     My thoughts exactly.  Great minds….scheme alike☺

2949:     Nice

MP:      What?

MP:      Punanna?  What's that?  And yes they do scheme alike.

2949:     Ur punanna

2949:     Haha.  You'll be back Aug 1st?

2949:       Hurry up

MP:         Yesss. ☺

MP:         I know. :/

2949:       Man I was really hoping u could cum at 5 today.   My last
            patient is at 4.

MP:         I was too.  I'm on my way to the airport now. :

2949:       Boo

MP:         I know.  :/I balled saying goodbye to tess and her "family"

MP:         60 miles til Nashville and I'm missing u already.  : come with
            me please.

2949:       On my way ☺

MP:         Okay.  ☺  what am I gonna do without you for 2 months?

2949:       Masturbate and video it for me)

2949:       K.  Now☺

MP:         Well I can't now silly I'm in the car and I don't have any on my
            phone except my bikini One lol :/

2949:       I know I was just being funny

MP:         Oh haha I'm serious just ask and I will….our little secret. ☺

2949:       U naughty girl

MP:         You know you like it.

2949:       U need a spanking

2949:       Absolutely!

MP:         Come give me one. ☺

2949:       My pleasure

MP:         Oh baby. ;)

2949:       Would hate to bruise that perfect ass though

MP:         Is far from perfect…but u can leave a bruise.

2949:       ok sexy girl have safe travels.  I'll text u tomorrow.  Dream about meJ

MP:         U better text me tomorrow.  Ill wait for it.  And of course ill dream about you! ☺ bye scott

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on June 10, 2011, beginning at approximately 07:00:33:

2949:       Good morning sexy..I sure have missed u!

2949:       In Kentucky grabbing lunch.  Hope u had a better nite last nite. :)

2949:       Just a lot of driving.  Guess I am closer to Montana though.

MP:         Yes you are. :) now come see me!

MP:         Haha mee too! :)

2949:       U busy today?  We are slammed this morning

2949:      Sorry ur having a bad day.  Maybe I need to come over and tickle ur ass with my tongue.  :)

MP:        Please do! :) go down on me too

2949:      How u wish.

MP:        I do wish. Allllllll the time. I think about it all the time too.

2949:      Good.  So do I

2949:      Just chillin at the hotel.  Will be going to the rehearsal dinner a little later.  Had a few minutes and thought I'd text u.

2949:      Sux not being able to call u or text all day long.

MP:        I'm glad you did. And I know : I miss your text and you phone calls but I understand :) do I need to let you go or am I good?

2949:      We r good for a few more

MP:        Good! Now come here and get naked with me!

2949:      I would lick u all over!

MP:        And I would love it. I would moan your name and play with ur hair...ahh don't get me    started. ;)

2949:      Sorry just dreaming.

MP:        I love the way you hold me when you get me hot.

2949:      I absolutly love your kisses and the feel of you.

2949:       Good.  We've got a lot of catching up when u get back!  Better run now just to be safe. Mmwwah all over ur body!

Defendant's Initials _SP___

MP:          Okay have fun. Ill be thinkging about you.

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on June 16, 2011, beginning at approximately 12:36:46:

2949:        Nothing really. just not too excited about anything today.

MP:          that sucks. I wish I could cheer u up.

2949:        Me too

MP:          Is there anyway I can?

2949:        It dies help chatting with you :)

2949:        Damn auto correct.   It helps :)

MP:          Good I'm glad. I love talking to you it makes my days sooo much better.

2949:        Me too!

MP:          I would be better if I could seel your embrace around my body.

2949:        That would be very nice

MP:          Yes indeed it would.

2949:        What u doin now?

MP:          Getting my nephew down for a naap missin my scottie.

2949:        Put me down for a nap :)

MP:          Okay come here and get naked with me and ill massage you til fall asleep.

2949:        That might make it hard....to sleep.

2949:        Cute baby

MP:          I...want...you....here..

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on June 20, 2011, beginning at approximately 09:39:15:

2949:        Got 3 pictures, looks like its trying to download sum

MP:          Then u still have a pic and vidio comeing.

2949:        Try sending again

MP:          Did u get it?

2949:        not yet.  Try sending it to my email from ur phone

MP:          What's your email...its a good one too.

2949:        tjon36@yahoo.com

MP:          Oh baby. :) I want to fuck you so hard right now.

2949:        I would luv to cum there

2949:        U can send me as many of those as u want to....

MP:          Come here. :)

2949:        Got it .  Fuck I want u!

2949:        K.  I'll check in a few

MP:          :)

Defendant's Initials _____

MP:        I just sent it to your email.

2949:      Got a great picture but no video

MP:        K I sent it. Did u get the vidio?

2949:      Hey hot lips

MP:        Hey sexy beast. :)

2949:      I love that video.

2949       U busy?

MP:        Oh no I thought I sent a mess but it didn't go through. I'm glad you like it.

2949:      I wanna be in it with u

MP:        I thought of u the whole time. It was AMAZING!

2949:      U look amazing!

MP:        :) thank you babe!

2949:      I wanna take a shower with u

MP:        Do you like it rough or slow

2949:      Both

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on June 28, 2011, beginning at approximately 08:02:41:

2949:      Good morning :)

Defendant's Initials

MP:             Goood morningg. :)

2949:           U awake

MP:             Yesss. :)

2949:           U naked?

MP:             Yess. I was takein your pics now I'm laying down naked.

2949:           Damn!

2949:           I wanna fuck u so bad!

MP:             Come here sexy boy...I have 8 pics. U want them all now?

2949:           Hell yes!

2949:           I am so fucking hard!

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on June 30, 2011, beginning at approximately 12:43:40:

MP:             Did u get them?

2949:           Got 6...holy Shit I wish I was a shower head!

MP:             U like?

2949:           Hell yes.  Who was ur photographer?

MP:             Self timer.

2949:           Smart

MP:             I'm glad u like...besides the tan lines haha

Defendant's Initials _____

2949:        I love em

2949:        I wanna lick em

MP:         Haha :)  come fuck me

2949:        I would fuck u so hard!

2949:        Im gonna make u squirt :) Yum

Below is a communication (text messages) between M.P. and telephone number 256-468-2949 that occurred on July 7, 2011, beginning at approximately 10:30:52:

MP:         I have pics for u. I'm wearing my skirt. :)

2949:        Great!

2949:        Damn u r so fucking hot!!!!!

MP:         :)

MP:         U likeee?

2949:        Hell YES

MP:         :) good.

2949:        She just ordered plane tickets to Denver

MP:         Hey baby I can't talk I'm in the car with my grandparents. : I miss you sexy!

MP:         Its 3 days now that I haven't been able to answer. : I'm dieing I need to hear my sexy mans voice!

2949:        I miss u too! Can't wait to taste u :)

Defendant's Initials

MP:          Mmm I can't wait eaither! :)

MP:          I want your 8> hahaha. :)

2949:        I'll be thinkin about u , have a great nite

MP:          Dream and think about me I know I will be thinking about you! Mwahh all over! :)

MP:          :)

On July 18, 2011, through a Grand Jury subpoena, SA Stewart requested and received subscriber information from Verizon Wireless.  As a result of this request, SA Stewart discovered the telephone number previously identified as 256-468-2949 was assigned to Scott Pruitt.

On August 19, 2011, SA Stewart interviewed Tommy Scott Pruitt at his residence located at 140 Reserve Way, Madison, Alabama 35758.  During the course of this interview, Pruitt readily acknowledged sending several nude images and videos of himself (via text message and email) to M.P. and that at least one contained images of him masturbating.  Pruitt also revealed M.P. sent "*a lot*" of pictures and videos to him but only a few of them contained nude images of her.  Pruitt did acknowledge one video contained images of her masturbating.

Pruitt acknowledged sending the aforementioned nude pictures and videos of "MP" from his cell phone (256-468-2949) to his yahoo email account tjon36@yahoo.com.  When asked if he deleted the emails from M.P. that contained the pictures and videos, Pruitt stated, "they need to be deleted."  Pruitt stated, "obviously I sent them from my phone."

Pruitt, when questioned specifically regarding physical (sexual) contact with M.P., stated, "I licked her for five minutes. But that was it. *"* Pruitt denied receiving oral sex from "MP" or engaging in any other sexual conduct with her.

On September 1, 2011, SA Stewart received a written statement from M.P. According to M.P., Pruitt knew she was sixteen and often referred to her as "jail bait."  M.P. acknowledged sending Pruitt pictures, "probably about 20-30 as he was

asking everyday." M.P. stated she sent these emails and photographs to a "secret" email address (tjon36@yahoo.com). M.P. also revealed Pruitt "did send me about 4 pictures of him naked." M.P. revealed "he did touch me but I did not do anything towards him."

On September 7, 2011, SA Stewart received email content and login files (via federal search warrant 5:11-mj-518-HGD) from Yahoo Inc. for the email account belonging to Tommy Scott Pruitt (tjon36@yahoo.com). After examining the contents of this email account, SA Stewart discovered an email dated June 13, 2011, (11:03 AM) with 4 jpg attachments containing images that focus on the exposed breasts and buttocks of the female juvenile M.P. After examining the source of this incoming email, SA Stewart discovered this email was forwarded from email address scottpruitt54@gmail.com.

SA Stewart also discovered an email dated June 20, 2011, (10:40 AM) with 3 jpg attachments containing images that focus on the exposed genitalia and breasts of the female juvenile "MP." After examining the source of this incoming email, SA Stewart discovered this email was forwarded from email address scottpruitt54@gmail.com.

SA Stewart also discovered an incoming text message dated June 20, 2011, (10:57 AM) from the identified cellular phone of M.P. with one jpg attachment containing an image that focuses on the exposed genitalia of female juvenile M.P.

SA Stewart also discovered an email dated June 20, 2011, (3:36PM) with one 3gp (video) file containing images that focuses on the exposed genitalia (masturbation) of female juvenile M.P. After examining the source of this incoming email, SA Stewart discovered this email was forwarded from email address scottpruitt54@gmail.com.

All of these images of child pornography were taken by M.P. of herself with her cell phone and forwarded either to Scott Pruitt's cell phone in the form of a picture message or as an attachment to an email sent to one of Scott Pruitt's two email addresses.

**The defendant hereby stipulates that the facts stated above are**

Defendant's Initials

substantially correct and that the Court can use these facts in calculating the defendant's sentence. The defendant further acknowledges that these facts do not constitute all of the evidence of each and every act that the defendant and/or any co-conspirators may have committed.

_____
TOMMY SCOTT PRUITT

## III. RECOMMENDED SENTENCE

Subject to the limitations in paragraph **VIII** regarding subsequent conduct and pursuant to Rule 11(c)(1)(B), Fed.R.Crim.P., the government will recommend the following disposition:

(a)   That the defendant be awarded an appropriate reduction in offense level for acceptance of responsibility;

(b)   That the defendant be remanded to the custody of the Bureau of Prisons and incarcerated for a term consistent with the low end of the advisory United States Sentencing Guideline range as that is determined by the court on the date that the sentence is pronounced;

(c)   That following the said term of imprisonment, the defendant be placed on supervised release for a period to be determined by the

court, subject to the standard conditions of supervised release as set forth in U.S.S.G § 5D1.3, and to the following special condition(s):That the defendant shall not have any unsupervised, one-to-one contact with any children under the age of eighteen excluding his own children; that the defendant shall not engage in any occupation, employment, or volunteer activities which would place him in a position of trust with children under the age of eighteen; that the defendant register and comply with any then applicable local, state or federal laws dealing with the registration or monitoring of individuals convicted of these offenses; that the defendant not subscribe to or otherwise utilize any online computer services or computer bulletin boards other than those which are connected directly with his employment and used by him for the benefit of his employer;  that the defendant provide the probation officer with complete access to any computer and computer related equipment which the defendant utilizes; and that the defendant allow the probation officer complete access to any computers, computer media, photographs or videos in his possession or under his control;

Defendant's Initials _____

(d)     That the defendant be required to pay a fine in accordance with the sentencing guidelines, said amount due and owing as of the date sentence is pronounced, with any outstanding balance to be paid in full by the expiration of the term of supervised release;

(e)     That the defendant be required to pay restitution as ordered by the court on the date sentence is pronounced;  and

(f)     That the defendant pay a special assessment fee of $100, said amount due and owing as of the date sentence is pronounced.

## IV.   <u>WAIVER OF RIGHT TO APPEAL AND POST-CONVICTION RELIEF</u>

**In consideration of the recommended disposition of this case, I, TOMMY SCOTT PRUITT, hereby waive and give up my right to appeal my conviction and/or sentence in this case, as well as any fines, restitution, and forfeiture orders, the court might impose.   Further, I waive and give up the right to challenge my conviction and/or sentence, any fines, restitution, forfeiture orders imposed or the manner in which my conviction and/or sentence, any fines, restitution, and forfeiture orders were determined in any post-conviction proceeding, including, but not limited to, a motion brought under 28 U.S.C. §**

Defendant's Initials

2255.

The defendant reserves the right to contest in an appeal or post-conviction proceeding the following:

(a)    Any sentence imposed in excess of the applicable statutory maximum sentence(s);

(b)    Any sentence imposed in excess of the guideline sentencing range determined by the court at the time sentence is imposed; and

(c)    Ineffective assistance of counsel.

The defendant acknowledges that before giving up these rights, the defendant discussed the Federal Sentencing Guidelines and their application to the defendant's case with the defendant's attorney, who explained them to the defendant's satisfaction. The defendant further acknowledges and understands that the government retains its right to appeal where authorized by statute.

I, TOMMY SCOTT PRUITT, hereby place my signature on the line directly below to signify that I fully understand the foregoing paragraphs, and that I am knowingly and voluntarily entering into this waiver.

**TOMMY SCOTT PRUITT**

Defendant's Initials

## V.  UNITED STATES SENTENCING GUIDELINES

Defendant's counsel has explained to the defendant, that in light of the United States Supreme Court's decision in United States v. Booker, the federal sentencing guidelines are **advisory** in nature.  Sentencing is in the court's discretion and is no longer required to be within the guideline range.  The defendant agrees that, pursuant to this agreement, the court may use facts it finds by a preponderance of the evidence to reach an advisory guideline range, and defendant explicitly waives any right to have those facts found by a jury beyond a reasonable doubt.

## VI. AGREEMENT NOT BINDING ON COURT

The defendant fully and completely understands and agrees that it is the Court's duty to impose sentence upon the defendant and that any sentence recommended by the government is **NOT BINDING UPON THE COURT,** and that the Court is not required to accept the government's recommendation.  Further, the defendant understands that if the Court does not accept the government's recommendation, the defendant does not have the right to withdraw the guilty plea.

## VII. VOIDING OF AGREEMENT

The defendant understands that should the defendant move the Court to accept the defendant's plea of guilty in accordance with, or pursuant to, the provisions of North Carolina v. Alford, 400 U.S. 25 (1970), or tender a plea of *nolo contendere* to

Defendant's Initials

the charges, this agreement will become NULL and VOID.  In that event, the Government will not be bound by any of the terms, conditions, or recommendations, express or implied, which are contained herein.

## VIII.  SUBSEQUENT CONDUCT

**The defendant understands that should the defendant violate any condition of pretrial release or violate any federal, state, or local law, or should the defendant say or do something that is inconsistent with acceptance of responsibility, the United States will no longer be bound by its obligation to make the recommendations set forth in paragraph III of the Agreement, but instead, may make any recommendation deemed appropriate by the United States Attorney in her sole discretion.**

## IX.  OTHER DISTRICTS AND JURISDICTIONS

The defendant understands and agrees that this agreement **DOES NOT BIND** any other United States Attorney in any other district, or any other state or local authority.

## X. COLLECTION OF FINANCIAL OBLIGATION

In order to facilitate the collection of financial obligations to be imposed in connection with this prosecution, the defendant agrees to fully disclose all assets in which the defendant has any interest or over which the defendant exercises control,

directly or indirectly, including those held by a spouse, nominee or other third party. The defendant also will promptly submit a completed financial statement to the United States Attorney's Office, in a form that it provides and as it directs. The defendant also agrees that the defendant's financial statement and disclosures will be complete, accurate, and truthful. Finally, the defendant expressly authorizes the United States Attorney's Office to obtain a credit report on the defendant in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

## XI. AGREEMENT REGARDING RELEVANT CONDUCT AND RESTITUTION

As part of the defendant's plea agreement, the defendant admits to the above facts associated with the charges and relevant conduct for any other acts. The defendant understands and agrees that the relevant conduct contained in the factual basis will be used by the Court to determine the defendant's range of punishment under the advisory sentencing guidelines. The defendant admits that all of the crimes listed in the factual basis are part of the same acts, scheme, and course of conduct. This agreement is not meant, however, to prohibit the United States Probation Office or the Court from considering any other acts and factors which may constitute or relate to relevant conduct. Additionally, if this agreement contains any provisions

providing for the dismissal of any counts, the defendant agrees to pay any appropriate restitution to each of the separate and proximate victims related to those counts should there be any.

## XII. TAX, FORFEITURE AND OTHER CIVIL/ADMINISTRATIVE PROCEEDINGS

Unless otherwise specified herein, the defendant understands and acknowledges that this agreement does not apply to or in any way limit any pending or prospective proceedings related to defendant's **tax liabilities**, if any, or to any pending or prospective **forfeiture** or other **civil** or **administrative** proceedings.

Defendant recognizes that pleading guilty may have consequences with respect to immigration status if is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses, including the offense(s) to which defendant is pleading guilty. Removal and other immigration consequences are the subject of a separate proceeding, however, and defendant understands that no one, including attorney or the district court, can predict to a certainty the effect of conviction on immigration status. Defendant nevertheless affirms that wants to plead guilty regardless of any immigration consequences that plea may entail, even if the consequence is automatic removal from the United States.

Defendant's Initials

## XIII.  DEFENDANT'S UNDERSTANDING

I have read and understand the provisions of this agreement consisting of 27 (twenty-seven) pages.  I have discussed the case and my constitutional and other rights with my lawyer.  I am satisfied with my lawyer's representation in this case. I understand that by pleading guilty, I will be waiving and giving up my right to continue to plead not guilty, to a trial by jury, to the assistance of counsel at that trial, to confront, cross-examine, or compel the attendance of witnesses, to present evidence in my behalf, to maintain my privilege against self-incrimination, and to the presumption of innocence.  I agree to enter my plea as indicated above on the terms and conditions set forth herein.

**NO OTHER PROMISES OR REPRESENTATIONS HAVE BEEN MADE TO ME BY THE PROSECUTOR, OR BY ANYONE ELSE, NOR HAVE ANY THREATS BEEN MADE OR FORCE USED TO INDUCE ME TO PLEAD GUILTY.**

I further state that I have not had any drugs, medication, or alcohol within the past 48 hours except as stated here:

<u>                        N/A                        </u>
(if none, write "N/A")

I understand that this Plea Agreement will take effect and will be binding as to

Defendant's Initials 

the Parties **only** after all necessary signatures have been affixed hereto.

I have personally and voluntarily placed my initials on every page of this Agreement and have signed the signature line below to indicate that I have read, understand, and approve all of the provisions of this Agreement, both individually and as a total binding agreement.

6/21/12
DATE

TOMMY SCOTT PRUITT
Defendant

## XIV. COUNSEL'S ACKNOWLEDGMENT

I have discussed this case with my client in detail and have advised my client of all of my client's rights and all possible defenses. My client has conveyed to me that my client understands this Agreement and consents to all its terms. I believe the plea and disposition set forth herein are appropriate under the facts of this case and are in accord with my best judgment. I concur in the entry of the plea on the terms and conditions set forth herein.

6-21-12
DATE

BRUCE GARDNER, ESQ.
Defendant's Counsel

Page 26 of   27          Defendant's Initials

## XV. **GOVERNMENT'S ACKNOWLEDGMENT**

I have reviewed this matter and this Agreement and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

JOYCE WHITE VANCE
United States Attorney

7-9-2012
DATE

MARY STUART BURRELL
Assistant United States Attorney

Revised November 2009

Defendant's Initials